JAMES F. MINER, Respondent, v. CHRISTOPHER REMBT, Appellant.— The reversal of the judgment (See 178 App. Div. 173) disposes of this appeal from the order denying defendant's motion for a new trial. This appeal is, therefore, dismissed, without costs. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

FREDERICK R. MITCHELL, Respondent, v. ADDIE FLORENCE (MRS. C. W.) BURROUGHS, Appellant.— Judgment and order of the County Court of Dutchess county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BEHAN, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUS BLOCK, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GREGORY, Appellant.— Judgment of conviction and order affirmed. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES E. HOPPE, Appellant.— Judgment of conviction of the County Court of Queens county affirmed by default. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LeBOY, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR PLAUT, Appellant.— Judgment of conviction affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. JOSEPH SULLIVAN and JAMES R. PRICE, Appellants.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE REA, Respondent, for a Peremptory Writ of Mandamus against WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant.— Order for peremptory writ of mandamus affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.